IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2785-GPG

STEVEN LEE BRANDT,
JAMES CLAY WALTERS,

    Plaintiffs,

v.

VON HONNECKE,
CHASE HONNECKE, and
S & H HEATING, A/C, SHEETMETAL CO.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE GORDON P. GALLAGHER

    On February 10, 2016, Plaintiffs filed a motion titled "Amendment to Claim," (ECF No. 8), which the Court construed as a Motion for Leave to File an Amended Complaint. The proposed Amended Complaint was attached. (ECF No. 8-1). The Motion is GRANTED. The Clerk of Court is instructed to file the proposed Amended Complaint.

Dated: February 29, 2016