IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2785-GPG

STEVEN LEE BRANDT,
JAMES CLAY WALTERS,

    Plaintiffs,

v.

VON HONNECKE,
CHASE HONNECKE, and
S & H HEATING, A/C, SHEETMETAL CO.,

    Defendants.

_____

## ORDER DRAWING CASE
_____

The Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and when applicable to a magistrate judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and when applicable to a magistrate judge.

DATED February 29, 2016, at Denver, Colorado.

                                              BY THE COURT:

                                            _____
                                            Gordon P. Gallagher
                                            United States Magistrate Judge